IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JAMES C. JONES**                                                       **PETITIONER**

**V.**                                                      **NO. 3:09CV052-P-D**

**STATE OF MISSISSIPPI, et al.**                                  **RESPONDENTS**

### ORDER DENYING MOTION

The Petitioner's motion to alter the order denying his motion for default judgement (docket entry 16) is DENIED. Again, the Respondents are not in default but were granted an extension of time in which to file their response.

SO ORDERED this the 29th day of October, 2009.

                                                                        /s/ W. Allen Pepper, Jr.
                                                                        W. ALLEN PEPPER, JR.
                                                                        UNITED STATES DISTRICT JUDGE